IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00316-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

SETH ANSTADT,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2013.**

    Plaintiff's Motion for Leave to File [Corrected Second][1] Amended Complaint [filed August 5, 2013; docket #26] is **granted** as follows. The Plaintiff shall revise the title of the proposed pleading (*see* docket #26-1) and file the Corrected Second Amended Complaint on or before August 9, 2013.

---

[1] The proposed pleading is identical to the Second Amended Complaint filed on August 2, 2013; the only change is the attachment of corrected documents. Therefore, the pleading should be titled "Corrected Second Amended Complaint."